

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,735-01

**EX PARTE DENNIS CARIAS, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1252769-A IN THE 262 DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of murder and sentenced to forty-five years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction. *See* TEX. CODE CRIM. PROC. art. 11.07. The trial court designated issues and appointed habeas counsel. The district clerk later forwarded the habeas application to this Court. *See* TRAP 73.4(b)(5). The habeas record forwarded to this Court contains no findings from the trial court resolving the disputed factual issues. We remand this application to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's

findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.


Filed: June 30, 2021
Do not publish